AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR03-00488 DAE -06 |

KELEOALOHA KUALAAU
3744 Salt Lake Boulevard
Honolulu, Hawaii 96818
(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST KELEOALOHA KUALAAU and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Count 7: Use of a communication facility

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 10 o'clock and 02 min A M
SUE BEITIA, CLERK

SEALED BY ORDER OF THE COURT

2003 OCT -1 PM 4:00
MARSHALS SERVICE
HONOLULU, HI
RECEIVED

in violation of Title 21 United States Code, Section(s) 843(b).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [Signature] | 10/1/03 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   no bail          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A. Byrd | SIGNATURE OF ARRESTING OFFICER<br>Rachel A. Byrd |
| Date of Arrest   OCT 17 2003 | | |